ARNOLD TRANSIT COMPANY v CITY OF MACKINAC ISLAND

Docket No. 65982. Argued January 6, 1982 (Calendar No. 14).—Decided December 22, 1982. Rehearing denied 417 Mich 1104. Appeal dismissed by the Supreme Court of the United States on October 3, 1983.

Arnold Transit Company, Straits Transit, Inc., Shepler's, Inc., and Argosy Boatline, Incorporated, brought an action in the Mackinac Circuit Court against the City of Mackinac Island, challenging the validity of the city's ferryboat code. The circuit court, Martin B. Breighner, J., granted a motion by the defendant for partial summary judgment and, after a trial on the unresolved issues, entered judgment for the defendant. The Court of Appeals, Beasley, P.J., and D. E. Holbrook, Jr., and Robinson, JJ., affirmed, holding that under its city charter the city has the power delegated by the state to enact a ferryboat code prohibiting the operation of the plaintiffs' boats without a franchise, and that the city did not fail to comply with the requirements of the Open Meetings Act in adopting its ferryboat code so as to render the code invalid, even though it failed to give proper notice or keep minutes at one of the city council meetings at which the code was discussed, because, under the facts of the case, the city substantially complied with the act (Docket No. 78-4743). The plaintiffs appeal, and the defendant cross-appeals.

In an opinion per curiam, signed by Justices Kavanagh, Levin, Coleman, and Ryan, the Supreme Court *held* that after full consideration of the record and the briefs and arguments of the parties it was not persuaded of any error in the disposition of the case by the Court of Appeals.

Affirmed.

99 Mich App 266; 297 NW2d 904 (1980) affirmed.

*Lester N. Turner, P.C.* (by *Lester N. Turner, Robert E. McCarthy,* and *Steven M. Basha),* for plaintiffs.

*Fraser, Trebilcock, Davis & Foster, P.C.* (by *Michael E. Cavanaugh, Joel E. Dowley,* and *Paula R. Latovick),* for defendant.

PER CURIAM. After full consideration of the record, briefs, and argument of the parties, we are not persuaded of any error in the disposition of this matter by the Court of Appeals.

Affirmed. No costs, a public question.

KAVANAGH, LEVIN, COLEMAN, and RYAN, JJ., concurred.

FITZGERALD, C.J., and WILLIAMS and RILEY, JJ., took no part in the decision of this case.